# Exhibit A



Jennifer Smith Richards
ProPublica
211 W. Wacker Dr.
Chicago, IL 60606

U.S. Department of Education
Office of the Secretary
400 Maryland Ave., SW, LBJ 7W104
Washington, DC 20202-4500
Attn: FOIA Service Center

February 20, 2025

Submitted Via Email to EDFOIAManager@ed.gov

Dear FOIA Officer:

This letter constitutes a request under the federal Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of ProPublica to the U.S. Department of Education's Office for Civil Rights ("OCR").

Pursuant to the FOIA, I, on behalf of ProPublica, request access to and copies of records sufficient to show letters sent since January 20, 2025 on behalf of the OCR that serve as notification to an entity or institution of an investigation.

ProPublica is a nonprofit news organization. These records are being requested for the purpose of newsgathering and we ask that any fees be waived. In the event there are fees for responding to this request, please inform me if the fees will exceed $50 before proceeding.

If this request is denied in whole or part, please justify all such denials by reference to specific exemptions and provide an explanation of why OCR "reasonably foresees that disclosure would harm an interest" protected by that exemption or why "disclosure is prohibited by law[.]"  5 U.S.C. § 552(a)(8).

Please also ensure all segregable portions of otherwise exempt material are released. If you have any questions regarding this request, please do not hesitate to contact me via email at jennifer.smithrichards@propublica.org

I look forward to your determination within 20 working days of this request, as is required by law.

Thank you in advance for your assistance in this matter.

Sincerely,
Jennifer Smith Richards
Reporter, ProPublica