# Exhibit B

FILED THROUGH PORTAL ONLY 7/22/2025

This letter constitutes a request under the federal Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of ProPublica to the U.S. Department of Education.

Pursuant to the FOIA, I, on behalf of ProPublica, request access to and copies of records sufficient to show OCR complaints or investigations opened and/or closed from January 20, 2025 to the date of the fulfillment of this request. This should include, though not be limited to, the following: the name of the institution being investigated; the state where the institution is located; the type of institution; the type of discrimination being investigated; the date the investigation was opened; and the date the investigation was closed and resolution type, if applicable.

Such information is published online at https://ocrcas.ed.gov/open-investigations, but this site currently omits the requested information from 2025.

ProPublica is a nonprofit news organization. These records are being requested for the purpose of newsgathering and we ask that any fees be waived. In the event there are fees for responding to this request, please inform me if the fees will exceed $50 before proceeding.

If this request is denied in whole or part, please justify all such denials by reference to specific exemptions and provide an explanation of why OCR "reasonably foresees that disclosure would harm an interest" protected by that exemption or why "disclosure is prohibited by law[.]"  5 U.S.C. § 552(a)(8).

Please also ensure all segregable portions of otherwise exempt material are released. If you have any questions regarding this request, please do not hesitate to contact me via email at jennifer.smithrichards@propublica.org

I look forward to your determination within 20 working days of this request, as is required by law.

Thank you in advance for your assistance in this matter.
 (Date Range for Record Search: From 01/20/2025 To 07/22/2025)