# Exhibit D

FILED THROUGH FOIA PORTAL ONLY 7/22/2025

This letter constitutes a request under the federal Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of ProPublica to the U.S. Department of Education.

Pursuant to the FOIA, I, on behalf of ProPublica, request copies of all emails sent between Jan. 20, 2025 and the date this request is fulfilled, to or from Education Department employees Craig Trainor, Rachel Oglesby or Lindsey Burke and individuals or groups outside the agency with the following email domains:

americafirstpolicy.com
heritage.org
defendinged.org
momsforliberty.org

ProPublica is a nonprofit news organization. These records are being requested for the purpose of newsgathering and we ask that any fees be waived. In the event there are fees for responding to this request, please inform me if the fees will exceed $50 before proceeding.

If this request is denied in whole or part, please justify all such denials by reference to specific exemptions and provide an explanation of why OCR "reasonably foresees that disclosure would harm an interest" protected by that exemption or why "disclosure is prohibited by law[.]"  5 U.S.C. § 552(a)(8).

Please also ensure all segregable portions of otherwise exempt material are released. If you have any questions regarding this request, please do not hesitate to contact me via email at jennifer.smithrichards@propublica.org

I look forward to your determination within 20 working days of this request, as is required by law.

Thank you in advance for your assistance in this matter.