# Exhibit H



**United States Department of Education**

Office of the Deputy Secretary

FOIA Service Center

July 23, 2025

Jennifer Smith Richards
ProPublica
211 W. Wacker Dr.
Chicago, IL  60606

RE: FOIA Request No. 25-04455-F

Fee Waiver Requested: Yes
Expedited Processing Requested: No

Dear Jennifer Smith Richards:

This is an acknowledgment of your request for information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated July 22, 2025, and received in the Department of Education's (Department) FOIA Service Center (FSC) on July 22, 2025. You requested the following:

"This letter constitutes a request under the federal Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of ProPublica to the U.S. Department of Education.

Pursuant to the FOIA, I, on behalf of ProPublica, request access to and copies of records dating back to Jan. 20, 2025 sufficient to show communication from the Office for Civil Rights to school districts or institutions of higher education that include notification that a resolution agreement is terminated.

ProPublica is a nonprofit news organization. These records are being requested for the purpose of newsgathering and we ask that any fees be waived. In the event there are fees for responding to this request, please inform me if the fees will exceed $50 before proceeding.

If this request is denied in whole or part, please justify all such denials by reference to specific exemptions and provide an explanation of why OCR "reasonably foresees that disclosure would harm an interest" protected by that exemption or why "disclosure is prohibited by law[.]"  5 U.S.C. § 552(a)(8).

Please also ensure all segregable portions of otherwise exempt material are released. If you have any questions regarding this request, please do not hesitate to contact me via email at jennifer.smithrichards@propublica.org

I look forward to your determination within 20 working days of this request, as is required by law.

Thank you in advance for your assistance in this matter."

Please review the Additional Information section below to learn if we need additional clarification and/or documentation in order to continue processing your request. **If no additional information is needed, nothing more is required from you at this time.** If we do require supplemental information, you have ten business days to respond. If you do not respond within this time frame, we will administratively close your case. An administrative closure is not a denial of your request and does not preclude you from making requests in the future.

Please be advised that the current average request processing time is 185 business days. If you have any questions, please contact the FSC at 202-401-8365 or EDFOIAManager@ed.gov. You may also check the status of your request at https://foiaxpress.pal.ed.gov/app/CheckStatus.aspx.

Additional Information

No additional information is needed at this time. However, we will contact you if, in the future, any additional information is needed in order to complete our search for documents.

Fees and Expedited Processing

There are currently no fees associated with this request. If we determine that a fee assessment is necessary, we will provide you with a fee estimate and the status of your requester category. If you requested a fee waiver and we determine a fee assessment is necessary, we will include our determination along with the fee estimate.

Additional Assistance

You have the right to seek assistance and/or dispute resolution services from the Department's FOIA Public Liaison or the Office of Government Information Services (OGIS).  The FOIA Public Liaison is responsible, among other duties, for assisting in the resolution of FOIA disputes.  OGIS, which is outside the Department, offers ombuds services, including dispute resolution, to assist FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Please note, OGIS's assistance does not replace the administrative appeal process described below. You may contact the FOIA Public Liaison or OGIS at:

FOIA Public Liaison
Office of the Deputy Secretary
U.S. Department of Education

400 Maryland Ave., SW, LBJ 7W104
Washington, DC 20202-4500
Email: robert.wehausen@ed.gov
Phone: 202-205-0733
Fax: 202-401-0920

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road, OGIS
College Park, MD 20740-6001
Email: OGIS@nara.gov
Phone: 202-741-5770 or 1-877-684-6448

If expedited processing and/or a fee waiver was requested and denied, you have the right to appeal the Department's decision by submitting an appeal to the address below, no later than 90 calendar days from the date of this letter. Using the FOIA Public Liaison or OGIS services described above does not affect your right or the deadline to file an appeal. Your appeal must be in writing and must include a detailed statement of all legal and factual bases for the appeal. It should be accompanied by this letter, a copy of your initial letter of request, and any documentation that supports the argument you wish the Department to consider in making an administrative determination on your appeal. You may submit your appeal by:

Mail: Appeals Office
Office of the Deputy Secretary
U.S. Department of Education
400 Maryland Avenue, SW, LBJ 7W104
Washington, DC 20202-4536

Online Form: www.ed.gov/policy/gen/leg/foia/foia-appeal-form.pdf

E-mail: EDFOIAappeals@ed.gov

Fax: 202-401-0920

Sincerely,

ED FOIA Service Center

Office of the Deputy Secretary