# Exhibit I



**Jennifer Smith Richards <jennifer.smithrichards@propublica.org>**

---

# FOIA Request 25-04455-F 20 Day Status Notification

1 message

---

**daniel.mccusker@ed.gov** <daniel.mccusker@ed.gov>          Tue, Aug 19, 2025 at 9:32 AM
To: jennifer.smithrichards@propublica.org

August 19, 2025

Jennifer Smith Richards
ProPublica
211 W. Wacker Dr.
Chicago, IL 60606

RE: FOIA Request No. 25-04455-F

Dear Jennifer Smith Richards:

This is a status update regarding your request for information pursuant to the Freedom of Information
Act (FOIA), 5 U.S.C. § 552, dated July 22, 2025, and received in the U.S. Department of Education's
(Department) FOIA Service Center (FSC) on July 22, 2025.

When received, your request was forwarded to the appropriate office(s) within the Department to
conduct a search for any responsive records. At this time, your request is still being processed.

We appreciate your patience as we work diligently to process your request. Please be advised that the
average request processing time is approximately 185 business days. As this is an average, your request
may take more time or may be processed sooner. You can check the status of your request
at https://doed.secureocp.com/app/CheckStatus.aspx.

Narrowing or reformulating a request can often lead to decreased processing times. If you are interested
in reformulating or narrowing your request, or have any other questions, please contact the FSC at 202-
401-8365 or EDFOIAManager@ed.gov.

You have the right to seek assistance and/or dispute resolution services from the Department's FOIA
Public Liaison or the Office of Government Information Services (OGIS). The FOIA Public Liaison is
responsible, among other duties, for assisting in the resolution of FOIA disputes. The FOIA Public
Liaison may also assist in reformulating or narrowing your request. OGIS, which is outside the
Department, offers ombuds services, including dispute resolution, to assist FOIA requesters and Federal
agencies as a non-exclusive alternative to litigation. You may contact the FOIA Public Liaison or OGIS
at:

     FOIA Public Liaison
     Office of the Deputy Secretary
     U.S. Department of Education
     400 Maryland Ave., SW, LBJ 7W104
     Washington, DC 20202-4500
     Email: robert.wehausen@ed.gov
     Phone: 202-205-0733
     Fax: 202-401-0920

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road, OGIS
College Park, MD 20740-6001
Email: OGIS@nara.gov
Phone: 202-741-5770 or 1-877-684-6448


Sincerely,

ED FOIA Service Center
Office of the Deputy Secretary