UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRO PUBLICA, INC.,

Plaintiff,

-v-

UNITED STATES DEPARTMENT OF
EDUCATION,

Defendant.

26-CV-1576 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff has filed a complaint under the Freedom of Information Act ("FOIA").  Because FOIA actions ordinarily do not involve discovery and are resolved on cross-motions for summary judgment, the Court will not schedule an initial pretrial conference unless a party requests such a conference.

Accordingly, the parties are directed to confer with each other and, within 4 weeks after the filing of Defendant's answer, shall file a joint status letter with a proposed schedule for the filing of cross-motions for summary judgment.

SO ORDERED.

Dated:  February 27, 2026
New York, New York

_____
J. PAUL OETKEN
United States District Judge