**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 29, 2026

**Via ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

> Re:   *Pro Publica, Inc. v. U.S. Department of Education*, No. 26 Civ. 1576 (JPO)

Dear Judge Oetken:

This Office represents the United States Department of Education (the "Government") in this action brought by Pro Publica Inc. ("Plaintiff") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq.* Pursuant to the Court's February 27, 2026 Order (ECF No. 6), we write jointly with counsel for Plaintiff to provide the Court with an update on the status of the Government's response to Plaintiff's FOIA requests. We also respectfully request that cross-motions for summary judgment be held in abeyance until the Government has responded to Plaintiff's requests and the parties have had an opportunity to narrow or resolve any disputes.

Since the filing of the Government's Answer (ECF No. 10), the parties have conferred regarding the potential production of spreadsheets compiling information responsive to three of Plaintiff's requests and are working collaboratively to discuss the parameters of such a production.[1] The Government is also in the process of searching for documents potentially responsive to Plaintiff's remaining request. The parties have not yet discussed the number of potentially responsive records or potential dates for the Government to complete processing those records. The parties anticipate negotiating a processing schedule. In light of the foregoing, the parties propose that they be permitted to submit another joint status report to the Court regarding the parties' progress in 40 days on June 8, 2026.

We thank the Court for its consideration of this request.

---

[1] The parties may also negotiate the production of specific non-exempt material referenced in these spreadsheets.

Page 2

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Jonaki Singh*
Jonaki Singh
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2785
E-mail: jonaki.singh@usdoj.gov
*Attorney for Defendant*
*United States Department of Education*

cc: All counsel via ECF