

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 8, 2026

**Via ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

      Re:    *Pro Publica, Inc. v. U.S. Department of Education*, No. 26 Civ. 1576 (JPO)

Dear Judge Oetken:

This Office represents the United States Department of Education (the "Government") in this action brought by Pro Publica Inc. ("Plaintiff") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq.* Pursuant to the Court's April 30, 2026 Order (ECF No. 16), we write jointly with counsel for Plaintiff to provide the Court with an update on the status of the Government's response to Plaintiff's four FOIA requests since the parties' April 29, 2026 Joint Status Report (ECF No. 15).

The Government produced the following on June 8, 2026: (1) spreadsheets compiling information responsive to two of Plaintiff's requests and (2) records responsive to Plaintiff's third request. [1] The Government is still in the process of searching for documents potentially responsive to Plaintiff's remaining request. The parties have not yet discussed the number of potentially responsive records or potential dates for the Government to complete processing those records. The parties anticipate negotiating a processing schedule once the Government has a better sense of the number of potentially responsive records. In light of the foregoing, the parties propose that they be permitted to submit another joint status report to the Court regarding the parties' progress on July 10, 2026. If the parties are unable to make meaningful progress on Plaintiff's remaining request by July 10, Plaintiff reserves its rights to seek appropriate relief from the Court.

We thank the Court for its consideration of this request.

---

[1] The parties may also negotiate the production of specific non-exempt material referenced in these spreadsheets.

Page 2

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    /s/ Jonaki Singh
Jonaki Singh
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2785
E-mail: jonaki.singh@usdoj.gov
*Attorney for Defendant*
*United States Department of Education*

cc: All counsel via ECF