

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 10, 2026

**Via ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

      Re:    *Pro Publica, Inc. v. U.S. Department of Education*, No. 26 Civ. 1576 (JPO)

Dear Judge Oetken:

      This Office represents the United States Department of Education (the "Government") in this action brought by Pro Publica Inc. ("Plaintiff") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq.* Pursuant to the Court's June 9, 2026 Order (ECF No. 18), we write jointly with counsel for Plaintiff to provide the Court with an update on the status of the Government's response to Plaintiff's four FOIA requests since the parties' June 8, 2026 Joint Status Report (ECF No. 17).

      The Government released the following records on June 8, 2026: (1) spreadsheets compiling information responsive to two of Plaintiff's requests and (2) records responsive to Plaintiff's third request. [1] The Government has completed a search for documents potentially responsive to Plaintiff's remaining request. The Government anticipates processing 75 pages monthly and expects to complete processing and any releases of responsive non-exempt materials within two months based on the current estimated volume of potentially responsive records. The Government anticipates making an initial release of any responsive non-exempt material on August 10, 2026. In light of the foregoing, the parties propose that they be permitted to submit another joint status report to the Court regarding the parties' progress on August 12, 2026.

      We thank the Court for its consideration of this submission.

---

[1] The parties may negotiate the production of specific non-exempt material referenced in these spreadsheets.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    _/s/ Jonaki Singh_____
Jonaki Singh
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2785
E-mail: jonaki.singh@usdoj.gov
*Attorney for Defendant*
*United States Department of Education*

cc: All counsel via ECF