**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 14, 2026

**<u>Via ECF</u>**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

**Re: *Pro Publica, Inc. v. U.S. Department of Education*, No. 26 Civ. 1576 (JPO)**

Dear Judge Oetken:

This Office represents the United States Department of Education (the "Government") in this action brought by Pro Publica Inc. ("Plaintiff") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq.* Pursuant to the Court's August 13, 2026 Order (ECF No. 22), we write jointly with counsel for Plaintiff to provide the Court with an update on the status of the Government's response to Plaintiff's four FOIA requests since the parties' August 12, 2026 Joint Status Report (ECF No. 21).

As noted in the previous joint status report, the Government released certain records on June 8, 2026 and completed a search for documents potentially responsive to Plaintiff's remaining request, which it agreed to process at a rate of 75 pages monthly.

On July 17, Plaintiff posed certain questions about the records released to date, including about the accuracy and completeness of the records. On August 6, the Government provided a revised version of one of the spreadsheets produced on June 8 to correct a technical error that it believes impacted the spreadsheet data. Plaintiff posed follow-up questions regarding the data included on the revised spreadsheet. In response to these questions, the Government provided additional information to Plaintiff on August 18 and September 9 and has offered to arrange for Plaintiff to have a discussion with the relevant agency personnel to provide further clarification if needed. The parties are continuing to meet and confer regarding any remaining questions regarding the records released to date in an effort to narrow any unresolved issues for the Court.

In the previous joint status report, the Government stated that it anticipated making a final release of responsive non-exempt material by September 10, 2026. Because of delays in the agency's process for finalizing the production for release, the Government now expects to make its final production by September 16. In light of the foregoing, the parties propose that they be permitted to submit another joint status report to the Court regarding the parties' progress in approximately one month, on October 16, 2026.

We thank the Court for its consideration of this submission.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *s/ Jonaki M. Singh*
JONAKI M. SINGH
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2785
E-mail: jonaki.singh@usdoj.gov
*Attorney for Defendant*
*United States Department of Education*

cc: All counsel via ECF